FILED
FEB 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Adan GUERRERO-Flores, Defendant. | Mag. Case No. '08 MJ 8132<br>COMPLAINT FOR VIOLATION OF<br>Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation |

The undersigned complainant being duly sworn states:

On or about February 11, 2008, within the Southern District of California, defendant Adan GUERRERO-Flores, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e. conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

[signature]
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 13th DAY OF FEBRUARY 2008.

[signature]
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

CEM

UNITED STATES OF AMERICA
v.
Adan GUERRERO-Flores

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, J. Velasquez, that the defendant, Adan GUERRERO-Flores, was found and arrested on or about February 11, 2008, approximately 1.5 miles west of the Calexico, California, west Port of Entry.

On February 11, 2008, at approximately 5:50 P.M. the Imperial California Border Patrol Station's Remote Video Surveillance System (RVSS) Operator saw a group of four individuals walking north from the International Boundary with Mexico. The RVSS Operator notified Agent Velasquez of the group's location. Agent Velasquez encountered the group and identified himself to them. It was determined through questioning the group of individuals are citizens of Mexico illegally in the United States, including one individual later identified as Adan GUERRERO-Flores. All subjects were arrested and transported to the United States Border Patrol, El Centro Station for processing.

Records checks revealed GUERRERO had been previously deported on August 15, 2002, and has an extensive criminal record.

GUERRERO was advised of his Miranda Rights by Agent Lee and witnessed by Agent Vargas. GUERRERO stated he understands his rights and was willing to talk to agents without an attorney present. GUERRERO stated he had been previously deported from the United States. GUERREREO was asked if he applied for and received permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-enter the United States and GUERRERO stated no.