**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Mr. Adan Guerrero-Flores

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**ADAN GUERRERO-FLORES,**<br>Defendant. | CASE NO.: 08CR0718-W<br><br>DATE: MAY 5, 2008<br>TIME: 2:00 P.M.<br><br><u>DECLARATION IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS STATEMENTS</u> |

TO: KAREN P. HEWITT, INTERIM UNITED STATES ATTORNEY; AND CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:

COMES NOW, the defendant, Adan Guerrero-Flores, by and through his attorneys, Candis Mitchell, and Federal Defenders of San Diego, Inc., and hereby files the instant Declaration in Support of Defendant's Motion to Suppress Statements.

Respectfully Submitted,

*s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Adan Guerrero-Flores

DATED: April 16, 2008