**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Mr. Adan Guerrero-Flores

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**ADAN GUERRERO-FLORES,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 08CR0718-W<br><br>DATE: MAY 5, 2008<br>TIME: 2:00 P.M.<br><br>DECLARATION OF ADAN GUERRERO-FLORES |

I, Adan Guerrero-Flores, declare:

1. I am the defendant in the above-captioned case pending before the Court;
2. This declaration is made in support of my motion to suppress statements after my warrantless arrest;
3. At approximately 5:50 p.m., on February 11, 2008, I was stopped close to the International Border.
4. The agent was wearing a green uniform and had a flashlight.
5. After stopping me, the agent put me and three other people into his border patrol car.
6. While in his car, driving to the border patrol station, he asked us one by one information about where we were from.
7. I did not believe that I did not have the right to not answer the Border Patrol agent.

8. I thought that I was under arrest.

9. While at the Border Patrol Station, I was fingerprinted and the agents ran computer checks on me.

10. After they ran their checks the agents asked me questions about myself.

11. The agents did not ask me these questions until February 12, 2008, at approximately 7:45 a.m.

12. I felt pressured to speak with the agent at that time.

Dated: april 14, 2008

[signature]

Adan Guerrero-Flores